Opinion issued April 15, 2010

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00125-CR

———————————

Rodney Dewayne Banks, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the County Criminal Court at Law No. 12 

Harris County, Texas



Trial Court Case No. 1618345

 



 

MEMORANDUM OPINION

          On April
5, 2010, appellant filed a motion to dismiss the above-referenced appeal.  The motion complies with the Texas Rules of
Appellate Procedure.  See Tex. R. App. P. 42.2(a).

          We have not yet issued a
decision.  Accordingly, the motion is granted
and the appeal is dismissed. 

          The Clerk of this Court is directed to
issue the mandate.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Hanks, and Bland.

Do
not publish.   Tex. R. App. P. 47.2(b).